HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURA DEAN KILGORE,<br><br>         Plaintiff,<br><br>     vs.<br><br>CAROLYN COLVIN,<br><br>Commissioner of Social Security,<br><br>         Defendant | Case No.: 2:14-CV-02366-AC<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated:  April 29, 2015          /s/ *Joseph Clayton Fraulob*
                                JOSEPH CLAYTON FRAULOB
                                Attorney for plaintiff


Dated: April 29, 2015           */s/ Kevin G. Gill\**
                                KEVIN G. GILL
                                Special Assistant United States Attorney
                                (*by email authorization)

                                ORDER

APPROVED AND SO ORDERED

Date: May 1, 2015

                                _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE